FILED

2009 Dec-04  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROSE W. SANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-09-RRA-0465-S |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This case comes before the court on the motion to dismiss filed by the plaintiff.  (Doc. 19.)  The plaintiff seeks to dismiss, with prejudice, her claims against Midland Credit Management, Inc., the last remaining defendant in this action.   The motion represents that the parties have resolved all of their differences in this action.  Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that the motion is hereby GRANTED.  All claims against defendant Midland Credit Management, Inc. are hereby DISMISSED, with prejudice, costs taxed as paid.  As this is the last remaining defendant in this action, this matter is now CONCLUDED.  The clerk of court is ORDERED to close this case.

DONE and ORDERED this 4th day of December, 2009.

Robert R. Armstrong, Jr.
United States Magistrate Judge